# Court of Appeals
# of the State of Georgia

ATLANTA, August 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2199. KIMMIYAA, LLC et al. v. COFFEE BIANCO, LLC et al.

On November 6, 2024, we granted the plaintiffs' application for discretionary review of a trial court order awarding OCGA § 9-15-14 attorney fees in this action for breach of contract and related claims. Our November 6 order notified the plaintiffs that they had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-35 (g). Nineteen days later, on November 25, 2024, the plaintiffs filed a notice of appeal.[1] We lack jurisdiction.

The timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because the plaintiffs failed to file their notice of appeal within ten days of our order granting their application, their notice of appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction. See OCGA § 5-6-35 (g); *White*, 188 Ga. App. at 557.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/05/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] The notice of appeal is dated November 11, 2024, but it was not filed in the trial court until November 25.